■ OTTO MARKEVICS, as Administrator of the Estate of MARITE MAR-

KEVICS, Deceased, et al., Respondents, v COUNTY OF WESTCHESTER et al., Appellants; et al., Defendants.—In a medical malpractice action, the appeal is from an order of the Supreme Court, Westchester County, dated June 16, 1978, which directed defendant Grasslands Hospital to appear for a further examination before trial. Order affirmed, with $50 costs and disbursements (see *Johnson v New York City Health & Hosps. Corp.,* 49 AD2d 234). Hopkins, J. P., Damiani, Titone and Suozzi, JJ., concur.